FILED
FEB 15 2008

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| WILLIAM McBETH, | \* | CIV. 07-4035 |
| Plaintiff, | \* | |
| -vs- | \* | JUDGMENT OF DISMISSAL |
| INNOVATIVE INDUSTRIES, INC., d/b/a International House of Pancakes, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based on the Stipulation (Doc. 25) of the parties in this action, and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that this action be, and hereby is, dismissed upon its merits, with prejudice, and without costs to any party.

Dated this 15 day of February, 2008.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk

By _____, Deputy